NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PALO ALTO NETWORKS, INC.,**
*Plaintiff-Appellant*

**v.**

**TAASERA LICENSING LLC, QUEST PATENT RESEARCH CORP.,**
*Defendants-Appellees*

---

2023-1736

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:22-MD-03042-JRG, 2:22-cv-00314-JRG, Chief Judge J. Rodney Gilstrap.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

December 15, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE**: December 15, 2023